United States Courts
Southern District of Texas
FILED
March 05, 2025
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. 4:25-cr-88 |
| VANESSA BEN | § | |

# INDICTMENT

The United States Grand Jury charges:

## COUNT ONE
### Fraud in the Procurement of Citizenship, 18 U.S.C. § 1425(b)

From on or about April 7, 2017, until on or about November 14, 2018, in the Houston Division of the Southern District of Texas and elsewhere,

**VANESSA BEN,**

Defendant herein, did knowingly procure and obtain naturalization and citizenship for herself to which she was not entitled, to wit: when asked whether she had committed any crime for which she had not been arrested, the Defendant answered "No" and failed to reveal that she had committed the crime of making and subscribing a false federal tax return on October 18, 2016, and the Defendant did not reveal the this crime when interviewed by United States Citizenship and Immigration Services or on her Application for Naturalization, so that the Defendant

1

was, therefore, ineligible to be admitted to citizenship since she was unable to establish good moral character because she has given false testimony for the purpose of obtaining a benefit under the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 1425(b).

TRUE BILL:

Original Signature on File
_____
FOREPERSON OF THE GRAND JURY


NICOLAS J. GANJEI
Acting United States Attorney

_____
JAY HILEMAN
Assistant United States Attorney